United States District Court
Southern District of Texas
**ENTERED**
March 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELIZAMA C. LANDEROS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-475 |
| | § | |
| TRANSAMERICA LIFE INSURANCE | § | |
| COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

On March 20, 2019, Plaintiff ELIZAMA C LANDEROS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF RUBEN DELGADO LANDEROS, DECEASED filed four separate Notices of Dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. (Dkt. Nos. 26, 27, 28, 29). As the requirements of Rule 41(a)(1)(A) have been met, the Court hereby **ORDERS** that Defendants AMERICAN PARA PROFESSIONAL SYSTEMS, INC.; PORTAMEDIC, INC.; MARIA ELENA BARTIMUS, INDIVIDUALLY AND D/B/A AS AMERICAN PARA PROFESSIONAL SYSTEMS, INC. AND/OR PORTAMEDIC, INC.; AND SEGUYRA CARILLO be **DISMISSED WITH PREJUDICE** from this case.

SO ORDERED this 21st day of March, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge